# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3538
_____

United States of America

*Plaintiff - Appellee*

v.

Jennifer Mares-Flores

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: March 18, 2024
Filed: March 28, 2024
[Unpublished]
_____

Before SHEPHERD, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jennifer Mares-Flores apppeals after the district court[1] revoked her supervised release and sentenced her to 8 months in prison and 24 months of supervised release.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

Her counsel has moved for leave to withdraw, and has filed a brief challenging the revocation sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Mares-Flores, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the sentence was within the advisory Guidelines range and below the statutory limit. See 18 U.S.C. § 3583 (maximum revocation prison term is 2 years for Class C felony); 21 U.S.C. § 841(b)(1)(C) (maximum supervised release term is life); United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (district court need not mechanically list every § 3553(a) factor when sentencing defendant upon revocation; all that is required is consideration of relevant matters and some reason for court's decision).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____